# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES D. COTTON,<br><br>               Plaintiff,<br><br>     v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>               Defendants. | Case No. EDCV 16-0202-JAK (JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. Section 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No Objections to the Report and Recommendation have been filed within the time allowed for Objections. The Court accepts the findings and recommendations of the Magistrate Judge.

      IT IS ORDERED that: (1) the First Amended Complaint is dismissed without leave to amend, and (2) Judgment shall be entered dismissing the action with prejudice.

DATED: September 13, 2016

                                                     JOHN A. KRONSTADT
                                     UNITED STATES DISTRICT JUDGE