# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES D. COTTON,<br><br>              Plaintiff,<br><br>    v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>              Defendants. | Case No. EDCV 16-0202-JAK (JEM)<br><br>**J U D G M E N T** |

    In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: September 13, 2016

                                                JOHN A. KRONSTADT
                                   UNITED STATES DISTRICT JUDGE